IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOHAMMED ZAKARIA ZIZI et al.,** | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KATHLEEN BAUSMAN et al.,** | : | No. 17-1976 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, on this 26th day of January, 2018, upon consideration of the Defendants' Motion for Summary Judgment (Doc. No. 6), the Response in Opposition and Cross-Motion for Summary Judgment (Doc. No. 8), the Defendants' Response in Support (Doc. No. 9), oral argument held on December 19, 2017, and supplemental briefing submitted by both parties (Doc. Nos. 12 & 13) it is **hereby ORDERED** that the Defendants' Motion for Summary Judgment (Doc. No. 6) is **GRANTED** and the Plaintiffs' Cross-Motion for Summary Judgment (Doc. No. 8) is **DENIED**.

The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE